ROBERT W. MARRERO
71 S Madison Avenue
Spring Valley, NY 10977
(646) 425-1386
Email: milowho@gmail.com

January 13, 2022

Hon. Vincent L. Briccetti
U.S. District Judge
U.S. District Court of the Southern District
300 Quarropas Street, Room 630
White Plains, NY 10601

        Re:    21-cv-11182-VB
                *Marrero v. U.S. Bank National Association, et al.*

Dear Judge Briccetti:

    The above-referenced matter was placed on the docket by Your Honor's order dated January 6, 2022 with regard to respective motions.

    Defendants notice of appearance (Doc. #6) indicates that Citibank consents to the removal of this action by defendant Specialized Loan Servicing. There is ambiguity as to one of the defendants consenting to remove this action or to remove Specialized Loan Servicing.

    Please advise if any other defendant is required to file responsive reply papers due today by plaintiff? The Court ordered Specialized Loan Servicing specifically to file a reply motion.

                                                             Respectfully submitted,

                                                           Robert W. Marrero

cc:     via email: dyohay@houser-law.com
          David S. Yohay, Esq.