UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK
-----------------------------------------------------------X
ROBERT W. MARRERO,

                      Plaintiff,

    -against-                                                  21 **CIVIL** 11182 (VB)

                                                                     **JUDGMENT**

U.S. BANK NATIONAL ASSOCIATION, as Trustee
for Citigroup Mortgage Loan Trust Inc., Asset-Backed
Passthrough Certificates, Series 2006-HE3;
CITIGROUP MORTGAGE LOAN TRUST INC.;
CITIBANK, N.A.; SPECIALIZED LOAN SERVICES,
acting as servicer for owner and any persons or entities
found to have an interest in the property subject to this
action but not yet named herein but are named in the
Pooling and Service Agreement; and MERSCORP, INC.,

                      Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated September 2, 2022, Defendants' motion to dismiss is granted; accordingly, the case is closed.

**Dated:**  New York, New York

        September 6, 2022

                                                                                 **RUBY J. KRAJICK**

                                                                        _____
                                                                           **Clerk of Court**

                                          **BY:**      *K. Mango*

                                                                           _____
                                                                           **Deputy Clerk**